UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ARISMENDY CUELLO,

Defendant.

No. 15-cr-219-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On January 22, 2016, the Court sentenced Defendant to 36 months' imprisonment, to be followed by three years' supervised release; the Court also ordered that Defendant pay restitution to the Internal Revenue Service in the amount of $1,515,557, and that he forfeit $1,515,557 as the proceeds of his criminal activity.  (Doc. No. 119).  Defendant has since completed his term of imprisonment and is scheduled to conclude his term of supervised release on December 3, 2021.  Nevertheless, while Defendant has been largely compliant with the terms and conditions of his supervised release, he has thus far paid barely $1000 toward his restitution and forfeiture, each of which has an outstanding balance of $1,514,495.15.

Accordingly, IT IS HEREBY ORDERED that by Friday, September 10, 2021, the government shall file a letter advising the Court of the efforts, if any, it has undertaken to collect on the restitution and forfeiture orders, and how it plans to collect the unpaid balance from Defendant and the coconspirators with whom he is jointly and severally liable.

SO ORDERED.

Dated:   September 2, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation